UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYREE TYQUAN MOY,

        Plaintiff,

v.

ERIC WILLIAMS, et al.,

        Defendants.

CIVIL ACTION NO. 4:22-CV-00348

(MEHALCHICK, M.J.)

## ORDER

**AND NOW**, this 29th day of August, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby ORDERED that, having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint **within 30 days of the date of this Order or on or before Wednesday, September 28, 2022**.

                                          *s/ Karoline Mehalchick*
                                          **KAROLINE MEHALCHICK**
                                          **Chief United States Magistrate Judge**